**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MR. EMERY SOOS, SR., an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>RAYTHEON COMPANY, a California corporation,<br><br>            Defendant. | Case No. 2:15-cv-01564-JAK (FFMx)<br><br>**JUDGMENT**<br><br>**JS-6** |

IT IS HEREBY ORDERED that (1) Judgment be entered in favor of Raytheon and against Plaintiff Emery Soos, Sr. ("Plaintiff"); (2) Plaintiff shall recover nothing by his claims against Raytheon; (3) this action be dismissed on the merits with prejudice; and (4) Raytheon may recover its costs of suit from Plaintiff pursuant to the procedures set forth in Rule 54 of the Federal Rules of Civil Procedure and Local Rules 54-1 and 54-12.

Dated: April 8, 2016

_____
Hon. John A. Kronstadt
United States District Judge